UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN DAVIS,

                Plaintiff,

    v.

CHIPOTLE MEXICAN GRILL, INC.,

                Defendant.

Case No. C20-1263-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On February 23, 2021, the parties submitted a third proposed stipulated protective order in this matter. (Dkt. # 20.) The parties latest submitted protective order generally conforms to this district's model protective order and was submitted with provision of a redlined version that identified all changes, alterations, or additions. However, as an identified departure from this Court's model protective order, the parties designated "Confidential" material to include: "Defendant's video surveillance on May 20, 2017, policies, procedures, training materials, materials developed for use in the restaurant and *whatever other documents the parties deem and label as Confidential*." (*Id.* at 2) (emphasis added). As clearly designated in the Court's model

MINUTE ORDER - 1

protective order, the parties must include a list of specific documents to be designated as confidential and are advised not to list broad categories of documents.

Accordingly, the parties' proposed stipulated protective order (dkt. # 20) is DENIED.

Dated this 23rd day of February, 2021.

William M. McCool
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2